IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

CASE NO. 10-97597-jb
CHAPTER 7

IN RE:

Kenneth C. Biggerstaff fbda
Biggerstaff Holdings, Inc., fbda
Biggerstaff Construction, Inc., fdba
Biggerstaff Homes, Inc., fbda Lowell
Pratt Residential, LLC, fdba Welcome Realty, Inc.

Debtor (s)
_____/

## REQUEST FOR NOTICE

**COMES NOW, Plymouth Park Tax Services LLC, a creditor in this Bankruptcy case, and files this Request for Notice. Plymouth Park Tax Services LLC requests that any and all notices required under the Bankruptcy Rules and the Bankruptcy Code be sent to Plymouth Park Tax Services LLC, 115 South Jefferson Road, Bldg D-1, Whippany, NJ 07981.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Request For Notice has been furnished electronically or by U.S. Mail on December 21, 2010 to The United States Bankruptcy Court, Northern District of Georgia, 1340 Russell Federal Building, 75 Spring Street, SW, Atlanta, GA 30303; the Chapter 7 Trustee, Paul H. Anderson Jr., Two Piedmont Center – Suite 315, 3565 Piedmont Road, NE, Atlanta, GA 30305; and the debtor's attorney, Shannon D. McDuffie, P.C., Law Office of Shannon D. McDuffie, P.C., Suite 815, 315 W. Ponce de Leon, Decatur, GA 30030.

By:  /s/ Douglas Badaszewski

Douglas Badaszewski
Plymouth Park Tax Services LLC