IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| KENNETH C. BIGGERSTAFF, | : | |
| | : | CASE NO. 10-97597-JB |
| Debtor. | : | |

## TRUSTEE'S APPLICATION FOR AUTHORIZATION TO ACT AS ATTORNEY FOR THE ESTATE

COMES NOW Paul H. Anderson, Jr., Trustee in the above-captioned case, and respectfully represents as follows:

1. Applicant is the duly appointed, qualified and acting Trustee in the case, and pursuant to 11 U.S.C. §327(d) he wishes to act also as the estate's attorney in this case.

2. Applicant is admitted to practice in this Court, has knowledge and experience in bankruptcy practice, and is well qualified to act as the estate's attorney in this case.

3. Applicant's current hourly billing rate as attorney in both bankruptcy and non-bankruptcy matters and that of the paralegal who is expected to render services in the case are as follows:

    a. Paul H. Anderson, Jr.              $350.00
    b. Jennifer L. Davidson (Paralegal)    $125.00

Depending on need for particular expertise or the exigencies of the case, other attorneys or paralegals associated with Applicant may also provide services. The above rates may be increased during the term of the proposed employment.

4. Professional services which may be rendered for which it is necessary that an attorney act include:

    a. Services in connection with objections to the Debtor's claims of exemption.

    b. Preparation of pleadings and motions and conducting of examinations in connection with the administration of the estate;

    c. Services incidental to preservation and disposition of assets;

    d. Investigation, analysis, and appropriate action, if required, relative to any preference, fraudulent transfer, unperfected security interest, improper disposal of assets, prosecution of any other claim of the estate, or pending litigation;

    e. Any and all other necessary action incident to the proper preservation and administration of the estate.

5. Applicant's acting as attorney in this case will be in the best interest of the estate in that he will be familiar with the case and that the trouble, expense and delay inherent in acquainting and counseling other attorneys regarding operative facts may thus be avoided.

6. Applicant does not hold or represent an interest adverse to the estate, does not represent any creditor or other known interested party, and is a disinterested person under 11 U.S.C. §327(a). He has no connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, other than possible casual, social or other non-remunerative relationships.

7. In order to expedite the marshaling of the estate's assets, Applicant has heretofore performed

certain professional services for the estate or plans to perform such services which may be rendered prior to the signing of any order upon this Application.

8.   Applicant proposes that he be compensated for his services in accordance with future orders of the Court based upon the criteria for professional compensation required by bankruptcy law.

WHEREFORE, Applicant prays that he be authorized to act as attorney for the estate in this case and that such authorization continue should he assist any successor Trustee.

                                             Paul H. Anderson, Jr.
                                             Trustee in Bankruptcy
                                             Georgia Bar No. 017825

Two Piedmont Center, Suite 315
3565 Piedmont Road, N.E.
Atlanta, Georgia 30305
404-495-5380

AFFIDAVIT

STATE OF GEORGIA

COUNTY OF FULTON

The undersigned does hereby make solemn oath that the statements contained in the foregoing Application are true according to the best of his knowledge and belief.

After diligent inquiry, it appears that there is no connection between the undersigned and the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, other than possible social relationships or acquaintances through bar associations, contacts in other cases or other non-employment, casual relationships.

_____
Paul H. Anderson, Jr.
Georgia Bar No. 017825

Sworn to and subscribed before me
this 3rd day of February, 2011.

_____
Notary Public
My Commission Expires: 10/01/13

KAYLA P HODGES
NOTARY PUBLIC
DEKALB COUNTY, GEORGIA
MY COMM. EXP. 10-01-13

## CERTIFICATE OF SERVICE

I, Paul H. Anderson, Jr., certify that I have served a copy of the foregoing **Trustee's Application for Authorization to Act as Attorney for the Estate** upon the following:

>Office of the United States Trustee
>Room 362 Richard B. Russell Federal Building
>75 Spring Street, S.W.
>Atlanta, Georgia  30303

by depositing a copy of the same in the United States Mail in an envelope properly addressed with sufficient postage to assure delivery.

This 3rd day of February, 2011.

_____
Paul H. Anderson, Jr.
Georgia Bar No. 017825

Two Piedmont Center, Suite 315
3565 Piedmont Road, N.E.
Atlanta, Georgia 30305
404-495-5380