IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                              :         CHAPTER 7
                                                    :
KENNETH C. BIGGERSTAFF,                             :
                                                    :         CASE NO. 10-97597-JB
    Debtor.                                         :

### TRUSTEE'S OBJECTION TO THE DEBTOR'S CLAIMS OF EXEMPTION

COMES NOW the Trustee in the above-captioned case, Paul H. Anderson, Jr., and objects to the Debtor's claims of exemption as follows:

1.  The Debtor's valuations of assets claimed exempt under O.C.G.A. §44-13-100(a)(6) appear to have no relationship to the actual values of the assets. For example, the scheduled value of the Debtor's three financial accounts totals $70.02, but the account statements show a total of the funds on hand on the petition date in the amount of $5,228.85.

2.  Likewise, the actual values of properties in which exemptions are claimed under O.C.G.A. §44-13-100(a)(4) bear no apparent relationship to their actual values. For example, the scheduled value of all household goods and furnishings within the Debtor's 6,144 square foot, 5 bedroom, 5 bathroom residence (the value of which he schedules at $650,000 but appears to be approximately $765,000) is $0.01. He schedules the value of both his wearing apparel, two shot guns, a color laser printer and a pool table each at the same $0.01 value.

WHEREFORE, the Trustee prays that the Court determine the actual value of the above

items claimed as exempt under O.C.G.A. §§44-13-100(4) and (6) and limit the exemptions claimed thereunder to those allowable under the Georgia exemption statute.

                                                /s/

                                     Paul H. Anderson, Jr.

Two Piedmont Center, Suite 315        Trustee in Bankruptcy
3565 Piedmont Road, NE             Georgia Bar No. 017825
Atlanta, GA 30305
(404) 495-5380

CERTIFICATE OF SERVICE

I, Paul H. Anderson, Jr., certify that I have served a copy of the foregoing **Trustee's Objection to the Debtor's Claims of Exemption** upon the following:

Shannon D. McDuffie, Attorney at Law
Law Office of Shannon D. McDuffie, PC
Suite 815
315 West Ponce de Leon, Ave.
Decatur, GA 30030

Mr. Kenneth C. Biggerstaff
1665 Misty Oaks Drive
Atlanta, GA 30350

by depositing a copy of the same in the United States Mail in an envelope properly addressed with sufficient postage to assure delivery.

This 3rd day of February, 2011.

/s/
Paul H. Anderson, Jr.
Georgia Bar No. 017825

Two Piedmont Center, Suite 315
3565 Piedmont Road, NE
Atlanta, GA 30305
(404) 495-5380